UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BOYD WATTERS, ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO. 3:05-CV-366 RM |
| vs. ) | |
| ) | |
| GIL KAUFMAN, *et al.* ) | |
| ) | |
| Defendants ) | |

## OPINION AND ORDER

Boyd Watters, a *pro se* prisoner, filed a motion to clarify, but not amend, his complaint. In this filing Mr. Watters seeks to further explain the nature of his injuries. The Federal Rules of Civil Procedure do not provide for such a motion and though these details may be necessary during discovery or trial, it is unnecessary to provide this additional information as a clarification of a screened complaint. Therefore the motion (docket # 10) is **DENIED**.

SO ORDERED.

ENTERED: July 25, 2005

　　　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　United States District Court